```
        UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 16654
    READUS SAGO
                                                CHAPTER 13

                                                JUDGE: JOHN H SQUIRES

        Debtor
    SSN XXX-XX-4128


-------------------------------------------------------------------------------
                        TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 12/15/06 and confirmed on 04/13/07.

    2.  The case was dismissed after confirmation, 05/30/2008.

    3.  The Debtor paid a total of $  21225.00 .

    4.  The Trustee made disbursements to creditors as follows:


-------------------------------------------------------------------------------
CREDITOR NAME              CLASS             CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                               PAID           PAID
-------------------------------------------------------------------------------
COUNTRYWIDE FINANCIAL      CURRENT MORTG          .00              .00             .00
COUNTRYWIDE FINANCIAL      MORTGAGE ARRE     19008.83              .00        13948.86
HEIGHTS FINANCE            SECURED VEHIC      6849.00           400.14         4671.18
RESURGENT CAPITAL SERVIC   UNSECURED          7320.84              .00             .00
ECAST SETTLEMENT CORPORA   UNSECURED         11618.97              .00             .00
ECAST SETTLEMENT CORPORA   UNSECURED         10830.98              .00             .00
CITIFINANCIAL              UNSECURED          7184.87              .00             .00
DEPENDON COLLECTION SERV   UNSECURED         NOT FILED             .00             .00
DEPARTMENT STORES NATION   UNSECURED         NOT FILED             .00             .00
ECAST SETTLEMENT CORPORA   UNSECURED           261.54              .00             .00
JJ MARSHALL                UNSECURED         NOT FILED             .00             .00
KCA FINANCIAL SERVICES     UNSECURED         NOT FILED             .00             .00
FEDERATED MACYS            UNSECURED           227.25              .00             .00
NEXTCARD                   UNSECURED         NOT FILED             .00             .00
NICOR GAS                  UNSECURED           423.88              .00             .00
PROVIDIAN NATIONAL BANK    UNSECURED         NOT FILED             .00             .00
RNB FILEDS 3               UNSECURED         NOT FILED             .00             .00
WELLS FARGO FINANCIAL BA   UNSECURED         NOT FILED             .00             .00
         Summary of disbursements:

                        SECURED      PRIORITY     UNSECURED       OTHER          TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED     25857.83          .00      37868.33          .00       63726.16
PRINCIPAL PAID         18620.04          .00           .00          .00       18620.04
INTEREST PAID            400.14          .00           .00          .00         400.14
TOTAL PAID             19020.18          .00           .00          .00       19020.18
The Debtor's attorney, DEVONA & ASSOC               , was allowed $    2500.00
and was paid $   1100.00  direct and $   1400.00  through the plan.

The Trustee received $     804.82 .
```

Refunds to the Debtor totaled $      .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 08/20/08                    /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE